

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-12-00739-CR

Jose Guadalupe **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2010-1132-DR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:  Catherine Stone, Chief Justice
     Karen Angelini, Justice
     Luz Elena D. Chapa, Justice

Appellant's motion for extension of time to file his motion for rehearing is **granted**. We **order** the motion for rehearing due December 19, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court